**JS-6**

UNITED STATES DISTRICT COURT

CENTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OWENS d/b/a<br>NEWLIGHT COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>NATURAL EMPHASIS LTD.;<br>BEAMER COMPANY;<br>SMOKEHOUSE DISTRIBUTION,<br>INC.; DISCOUNT SMOKING<br>PRODUCTS INC.; MIQUEL Y<br>COSTAS; and MIQUEL SA.,<br><br>         Defendants. | Case No. **19-10512-JFW-KSx**<br><br>**FINAL JUDGMENT** |

Whereas, by Order dated June 11, 2020 (Docket No. 72), the Court granted Defendants Beamer Company's, Smoke House Distribution, Inc.'s, and Discount Smoking Products, Inc.'s Motion to Dismiss for lack of personal jurisdiction and dismissed Plaintiff Richard Owen's Complaint against those defendants without prejudice;

Whereas, by Order dated June 16, 2020 (Docket No. 73), the Court granted Defendant Miquel Y Costas & Miquel SA's Motion to Dismiss the Complaint for lack of personal jurisdiction and dismissed Plaintiff Richard Owen's Complaint against those defendants without prejudice;

Whereas, by Order dated February 16, 2021 (Docket No. 112), the Court granted Defendant Natural Emphasis Ltd.'s Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Natural Emphasis Ltd. was entitled to judgment as a matter of law on all claims for relief alleged against it;

Whereas, by Order dated March 5, 2021 (Docket No. 124), the Court approved the parties' Stipulation of Dismissal without prejudice of Defendant Natural Emphasis Ltd.'s Counterclaim and dismissed Defendant Natural Emphasis Ltd.'s Counterclaim against Plaintiff without prejudice,

**IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in this action as follows:

1. Plaintiff Richard Owens d/b/a Newlight Company shall recover nothing from Defendant Natural Emphasis Ltd.;

2. Defendant Natural Emphasis Ltd. shall have judgment in its favor on Plaintiff Richard Owens d/b/a Newlight Company's entire action;

3. Defendant Natural Emphasis Ltd. shall recover from Plaintiff Richard Owens d/b/a Newlight Company its costs in the sum of $_____.

4.  Defendant Natural Emphasis Ltd.'s Counterclaim against Plaintiff Richard Owens d/b/a Newlight Company is dismissed without prejudice, with each party to bear its own fees and costs with respect to the Counterclaim.

5.  Plaintiff Richard Owens d/b/a Newlight Company's claims against Defendants Beamer Company, Smoke House Distribution, Inc., Discount Smoking Products, Inc., Defendant Miquel Y Costas & Miquel SA are dismissed without prejudice.

IT IS SO ORDERED.

Dated:   March 15, 2021

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT